

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00435-CR

Andre **SCALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8106
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 19, 2014.

_____
Marialyn Barnard, Justice